# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 4, 2021

## NO. 03-20-00586-CV

**R. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
DISMISSED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order of termination issued by the trial court. The trial court has granted a motion for a new trial. Having reviewed the record, the Court agrees that the appeal should be dismissed as moot. Therefore, the Court dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.